# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　ANNA J. SMITH | Case No. 16-23207CMB |
| 　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　　vs.<br>ANNA J. SMITH | Chapter 13<br><br>Document No. 107 |
| 　　　Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  13th  day of  August , 20 21, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cmu Works
Attn Payroll Department
4516 Henry St
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of ANNA J. SMITH, social security number XXX-XX-7850.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANNA J. SMITH.

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/13/21 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23207-CMB |
| Anna J. Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Anna J. Smith, 210 Starlite Cir, Belle Vernon, PA 15012-4346 |
| + | Cmu Works, Attn: Payroll Department, 4516 Henry St, Pittsburgh, PA 15213-3730 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Debtor Anna J. Smith apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor Bank of America  N.A., et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeremy J. Kobeski | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Aug 13, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Jerome B. Blank
    on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor Bank Of America  N.A. bankruptcy@powerskirn.com

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11