Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Anna J. Smith
aka Anne J. Smith, fka Anna J. Zylka**
Debtor(s)

Bankruptcy Case No.: 16−23207−CMB

Chapter: 13
Docket No.: 114 − 113

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 27th of September, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/11/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/15/21 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/11/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anna J. Smith  
    Debtor

Case No. 16-23207-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3  
Date Rcvd: Sep 27, 2021      Form ID: 408v      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anna J. Smith, 210 Starlite Cir, Belle Vernon, PA 15012-4346 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14339166 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14281888 | | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14320069 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14329245 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14281897 | | Rostraver Township Sewage Authority, 1744 Rostraver Rd, Belle Vernon, PA 15012-4001 |
| 14281900 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14281887 | | Email/Text: g20956@att.com | Sep 27 2021 23:25:00 | AT & T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14281889 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 14281890 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity Bank/Vctrssec, PO Box 182789, Columbus, OH 43218-2789 |
| 14281891 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenitybank/trwrdsv, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14281892 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:26 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14281894 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:53 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 14339774 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14281893 | | Email/Text: G06041@att.com | Sep 27 2021 23:25:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14281895 | | Email/Text: bankruptcy@huntington.com | Sep 27 2021 23:25:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 14281896 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14336789 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:41 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14322522 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320030 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity |

Case 16-23207-CMB   Doc 115   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 408v | Total Noticed: 27 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14281898 | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:35 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 14281899 | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:21 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14339118 | + Email/Text: bncmail@w-legal.com | Sep 27 2021 23:25:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14281901 | Email/Text: bk@veritasrental.com | Sep 27 2021 23:24:00 | Veritas Instument Rental Inc., PO Box 1068, Pinellas Park, FL 33780-1068 |
| 14281902 | Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2021 23:25:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14307368 | + Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2021 23:25:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | | Bank of America, N.A., et. al. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Debtor Anna J. Smith apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Bank of America  N.A., et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: 408v | Total Noticed: 27 |

James A. Prostko
    on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeremy J. Kobeski
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com

Jerome B. Blank
    on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor Bank Of America  N.A. bankruptcy@powerskirn.com

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11