| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anna J. Smith**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7850<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–23207–CMB** | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anna J. Smith
aka Anne J. Smith, fka Anna J. Zylka

<u>11/12/21</u>    **By the court:**    <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anna J. Smith  
      Debtor

Case No. 16-23207-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut          Page 1 of 3  
Date Rcvd: Nov 12, 2021      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anna J. Smith, 210 Starlite Cir, Belle Vernon, PA 15012-4346 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14329245 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14281897 | | Rostraver Township Sewage Authority, 1744 Rostraver Rd, Belle Vernon, PA 15012-4001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 13 2021 07:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2021 02:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 13 2021 07:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2021 02:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14281887 | | EDI: CINGMIDLAND.COM | Nov 13 2021 07:58:00 | AT & T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14339166 | | EDI: BANKAMER.COM | Nov 13 2021 07:58:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14281888 | | EDI: BANKAMER.COM | Nov 13 2021 07:58:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14320069 | | EDI: BL-BECKET.COM | Nov 13 2021 07:58:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14281889 | | EDI: WFNNB.COM | Nov 13 2021 07:58:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 14281890 | | EDI: WFNNB.COM | Nov 13 2021 07:58:00 | Comenity Bank/Vctrssec, PO Box 182789, Columbus, OH 43218-2789 |
| 14281891 | | EDI: WFNNB.COM | Nov 13 2021 07:58:00 | Comenitybank/trwrdsv, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14281892 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2021 03:02:43 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14281894 | + | EDI: CITICORP.COM | Nov 13 2021 07:58:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 14339774 | | EDI: Q3G.COM | | |

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: 3180W | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 13 2021 07:58:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14281893 | | EDI: DIRECTV.COM | Nov 13 2021 07:58:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14281895 | | Email/Text: bankruptcy@huntington.com | Nov 13 2021 02:59:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 14281896 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 13 2021 02:59:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14336789 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2021 03:03:00 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14322522 | + | EDI: MID8.COM | Nov 13 2021 07:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320030 | | EDI: Q3G.COM | Nov 13 2021 07:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14281898 | | EDI: RMSC.COM | Nov 13 2021 07:58:00 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 14281899 | | EDI: RMSC.COM | Nov 13 2021 07:58:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14339118 | + | Email/Text: bncmail@w-legal.com | Nov 13 2021 03:00:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14281900 | | EDI: WTRRNBANK.COM | Nov 13 2021 07:58:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 14281901 | | Email/Text: bk@veritasrental.com | Nov 13 2021 02:59:00 | Veritas Instument Rental Inc., PO Box 1068, Pinellas Park, FL 33780-1068 |
| 14281902 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 13 2021 03:00:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14307368 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 13 2021 03:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | | Bank of America, N.A., et. al. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 16-23207-CMB    Doc 119    Filed 11/14/21    Entered 11/15/21 00:29:55    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: mgut | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: 3180W | Total Noticed: 29 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Nov 14, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Debtor Anna J. Smith apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Bank of America  N.A., et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jeremy J. Kobeski | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bank Of America  N.A. bankruptcy@powerskirn.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 11