**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANNA J. SMITH<br><br>  Debtor(s)<br><br>Ronda J. Winnecour<br>  Movant<br>  vs.<br>No Repondents. | Case No.:16-23207<br><br>Chapter 13<br><br>Related to:  Document No. 113<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __12th__ day of __November__, 20 __21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/12/21 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23207-CMB |
| Anna J. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 3 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anna J. Smith, 210 Starlite Cir, Belle Vernon, PA 15012-4346 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14339166 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14281888 | | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14320069 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14329245 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14281897 | | Rostraver Township Sewage Authority, 1744 Rostraver Rd, Belle Vernon, PA 15012-4001 |
| 14281900 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14281887 | | Email/Text: g20956@att.com | Nov 13 2021 03:00:00 | AT & T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14281889 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2021 02:59:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 14281890 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2021 02:59:00 | Comenity Bank/Vctrssec, PO Box 182789, Columbus, OH 43218-2789 |
| 14281891 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2021 02:59:00 | Comenitybank/trwrdsv, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14281892 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2021 03:02:51 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14281894 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2021 03:03:01 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 14339774 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2021 02:59:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14281893 | | Email/Text: G06041@att.com | Nov 13 2021 03:00:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14281895 | | Email/Text: bankruptcy@huntington.com | Nov 13 2021 02:59:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 14281896 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 13 2021 02:59:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14336789 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2021 03:02:45 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14322522 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2021 02:59:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14320030 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2021 02:59:00 | Quantum3 Group LLC as agent for, Comenity |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14281898 | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2021 03:02:41 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 14281899 | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2021 03:02:57 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14339118 | + | Email/Text: bncmail@w-legal.com | Nov 13 2021 03:00:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14281901 | | Email/Text: bk@veritasrental.com | Nov 13 2021 02:59:00 | Veritas Instument Rental Inc., PO Box 1068, Pinellas Park, FL 33780-1068 |
| 14281902 | | Email/Text: bankruptcy@firstenergycorp.com | Nov 13 2021 03:00:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14307368 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 13 2021 03:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | | Bank of America, N.A., et. al. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Debtor Anna J. Smith apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Bank of America  N.A., et. al. jprostko@c-vlaw.com, jamesprostko@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 3 of 3 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 27 |

James A. Prostko
    on behalf of Creditor Bank Of America  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeremy J. Kobeski
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com, mcupec@grenenbirsic.com

Jerome B. Blank
    on behalf of Creditor Bank of America  N.A., et. al. pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor Bank Of America  N.A. bankruptcy@powerskirn.com

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11